# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3681

_____

Maria Laura Lastor-Toj,

*Petitioner,*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States,

*Respondent.*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 31, 2017
Filed: August 3, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

---

[1]Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Guatemalan citizen Maria Laura Lastor-Toj petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the decision of an immigration judge denying her asylum and withholding of removal.[2]  Upon careful review, we conclude that substantial evidence supports the agency's underlying determinations that (1) the discrimination and harassment Lastor-Toj suffered in Guatemala did not rise to the level of past persecution by persons whom the Guatemalan government was unwilling or unable to control; and (2) Lastor-Toj failed to prove a well-founded fear of future persecution in Guatemala.  *See Makatengkeng v. Gonzales*, 495 F.3d 876, 885 (8th Cir. 2007).

The petition for review is denied.  *See* 8th Cir. R. 47B.

_____

[2]Lastor-Toj does not challenge the denial of her request for protection under the Convention Against Torture.